# cohen&grigsby
*progressive law.*℠

Morgan J. Hanson                                                                Direct Dial: 412.297.4996
Email: mhanson@cohenlaw.com                                          Direct Facsimile: 412-209-1823

July 16, 2007

***Via Telecopy – (570) 207-5729***

Hon. Thomas L. Vanaskie
U.S. District Judge – Scranton
William J. Nealon Federal Building
  and U.S. Courthouse
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501

    Re: <u>John P. Ftorkowski v. Silver Lake Farms, Inc., et al.</u>
      Case No. 3:07-cv-389

Dear Judge Vanaskie:

  The purpose of this letter is to inform you that the parties have settled the above-referenced <u>Silver Lake Farms</u> case. On July 12, 2007, Plaintiff John P. Ftorkowski accepted a settlement offer made by Defendant Silver Lake Farms, Inc., Stanley Ftorkowski and Joanne Ftorkowski, the terms of which are set forth in the letter attached as Exhibit A. <u>See</u> (July 12, 2007, letter from Morgan J. Hanson, Esq. to William E. Vinsko, Esq.). By and through their signatures, all parties to this dispute have agreed to and acknowledged that the terms set forth in Exhibit A reflect the settlement the parties have reached.[1]

  In light of the parties' recent settlement, Plaintiff John P. Ftorkowski requests that the Court cancel the scheduled July 18, 2007, hearing on Defendants' Motion to Set Aside Default and Plaintiff's Motion for Default Judgment. Defendants concur in this request. Additionally, the parties respectfully request that this Court enter an order administratively closing this matter but retain jurisdiction to enforce the terms of the settlement

---

[1] Defendants Stanley and Joanne Ftorkowski inadvertently failed to sign this Agreement on behalf of Silver Lake Farms, Inc. Based upon the representations of Defendants' counsel, Mr. Vinkso, a signature on behalf of the Company will be forthcoming shortly.

JUL. 16. 2007 5:48PM COHEN & GRIGSBY NO. 9110 P. 3
Case 3:07-cv-00389-TIV Document 25 Filed 07/17/07 Page 2 of 6

# cohen&grigsby

Hon. Thomas L. Vanaskie
July 16, 2007
Page 2

Please advise if the Court needs anything further from the parties at this juncture.

Very truly yours,

COHEN & GRIGSBY, P.C.

By: *[signature]*
Morgan J. Hanson

MJH/mlv
Enclosure
cc: William E. Vinsko, Esq. (w/encl.)
     Jeffrey P. Ward, Esq. (w/o encl.)
1242486_1

# cohen&grigsby®
*progressive law.*™

Morgan J. Hanson                                              Direct Dial:  412.297.4996
Email: mhanson@cohenlaw.com                                   Direct Facsimile:  412-209-1823

July 12, 2007


*Via Telecopy*

William E. Vinsko, Esq.
Vinsko & Associates
253 South Franklin Street
Wilkes Barre, PA  18701

      Re:    John P. Ftorkowski v. Silver Lake Farms, Inc., et al.
             Case No. 3:07-cv-389

Dear Bill:

      This letter confirms the settlement that we reached today.

      The terms of the settlement are as follows:

- Silver Lake Farms, Inc. will pay for a certified and independent appraisal of the parcel PIN J2 00A 004. Jack will select the individual to conduct the appraisal of this parcel;

- The Company will transfer to Jack PIN J2 00A 004 at its appraised value;

- At the closing at which PIN J2 00A 004 is transferred to Jack, Defendants will pay Jack a cash payment equal to the balance between $520,000 and the appraised value of the transferred parcel, PIN J2 00A 004;

- At the closing, Jack will transfer his 50% interest in Silver Lake Farms, Inc. to the Company;

- Jack will not be responsible for any tax liability Silver Lake Farms, Inc. or your other clients incur in this transaction;

- All parties will execute general, mutual releases; and

**cohen&grigsby**

William E. Vinsko, Esq.
July 12, 2007
Page 2

- The parties agree that the settlement reflected above will be more fully captured in a later settlement agreement with commercially reasonable terms.

Jack has selected John McDermott to appraise PIN J2 00A 004. Mr. McDermott's phone number is (570) 255-2100. Although we do not anticipate any problems, we request that we be copied on any correspondence with Mr. McDermott to ensure that there is no confusion over the appraisal process.

Because the Court is unlikely to continue the hearing scheduled for the 18th without substantial proof that the parties have settled, we ask that your clients agree and acknowledge this settlement by signing on the lines below. As you can see, our client has already done so. Once we receive this acknowledgment from your clients, we will draft a letter to the Judge asking him to cancel the hearing on the 18th. It is imperative that we receive the acknowledgments today to allow the Court time to cancel the hearing.

It has been a pleasure working with you.

Very truly yours,

COHEN & GRIGSBY, P.C.

By: _____
Morgan J. Hanson

MJH/mlv
cc: Jeffrey P. Ward, Esq.

AGREED and ACCEPTED this 16th day of July, 2007.

SILVER LAKE FARMS

By: _____            _____
John P. Florkowski                      Stanley Florkowski

                                         _____
                                         Joann Florkowski

## cohen&grigsby

Hon. Thomas L. Vanaskie
July 16, 2007
Page 3

bcc: Henry C. Cohen, Esq. (w/o encl.)
John P. Ftorkowski (w/encls.)

# cohen&grigsby®

*progressive law.*™

11 STANWIX STREET, 15th FLOOR
PITTSBURGH, PENNSYLVANIA 15222-1319
TELEPHONE 412.297.4900
FAX 412.209.0672

## FAX COVER LETTER

Client/Matter #    15022.0001        NUMBER OF PAGES: _____

| COMPANY | FAX LINES |
|---|---|
| Hon. Thomas I. Vanaskie | FAX # 570.207.5729 |
| | PHONE # 570.207.5720 |
| | FAX # |
| | PHONE # |
| | FAX # |
| | PHONE # |
| | FAX # |
| | PHONE # |

FROM: Morgan J. Hanson    TELEPHONE # (412) 297-4996    DATE: 7/13/07
                         DIRECT FAX # (412) 209-1823

### MESSAGE

### IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL 412.297.4939

The information contained in this transmission is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity named above. Unauthorized use, disclosure or copying of the information contained in this transmission is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify us at (412) 297-4900 and return the original message to us at the above address via the United States Postal Service. We will reimburse any costs you incur in notifying and returning this message to us. Thank you.